**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**McMANIMON, SCOTLAND &
 BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono III, Esq.
*Attorneys for the Cervantes, Inc., dba Bar Americana, and 24 North Avenue East, LLC, Debtors/Debtors-in-Possession*

**Order Filed on January 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| In re: | Chapter 11 |
|---|---|
| CERVANTES, INC., dba Bar Americana,<br><br>Debtor. | Case No. 19-22821 (SLM) |
| In re:<br><br>24 NORTH AVENUE EAST, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-31784 (SLM) |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**
**DATED: January 10, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Cervantes, Inc., dba Bar Americana, and 24 North Avenue East, LLC |
| Case Nos. | 19-22821 (SLM) and 19-31784 (SLM) |
| Caption of Order: | Order Directing Joint Administration of Cases |

---

Upon consideration of the Debtors' Notice of Motion for an Order Pursuant to Bankruptcy Rule 1015 Directing Joint Administration of the Debtors' Chapter 11 Cases; and the court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157 (b)(2); and notice of the Motion being sufficient; and it appearing that no other or further notice need be provided; and the court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therfor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to Bankruptcy Rule 1015(b), the above-captioned Chapter 11 cases shall be consolidated for procedural purposes only and jointly administered under lead case, Cervantes, Inc., dba Bar Americana, Case No. 19-22821 (SLM) (the "Lead Case").

3. The caption of pleadings and other documents filed in the Debtors' jointly administered Chapter 11 cases shall read as follows:

| | |
|---|---|
| Debtors: | Cervantes, Inc., dba Bar Americana, and 24 North Avenue East, LLC |
| Case Nos. | 19-22821 (SLM) and 19-31784 (SLM) |
| Caption of Order: | Order Directing Joint Administration of Cases |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CERVANTES, INC., dba Bar Americana, *et al.*, | Case No. 19-22821 (SLM) |
| Debtors. | (Jointly Administered) |

   4.  Nothing contained in this Order or in the Motion shall be deemed or construed as directing or otherwise a substantive consolidation of the Debtors or the Debtors' Chapter 11 cases.

   5.  This Order shall be filed in each of the above listed cases and that an original docket entry shall be made on the dockets of each of the above-captioned bankruptcy cases substantially as follows:

> An order has been entered in accordance with Rule 1015 of the Federal Rules of Bankruptcy Procedure directing joint administration of the Chapter 11 cases of Cervantes, Inc., dba Bar Americana, and 24 North Avenue East, LLC, for procedural purposes only. All further filings and docket entries shall be made in the Chapter 11 case of Cervantes, Inc., Case No. 19-22821 (SLM).